JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES JACKSON, an individual; J. MADING INSURANCE AND FINANCIAL SERVICES, LLC, a California corporation; and STEPHEN D. WATKINS, in his capacity as Trustee for the LVMJ, LLC Irrevocable Life Insurance Trust, a California Trust,<br><br>Defendants. | Case No. CV 11-02751 AHM (MLGx) ~~ODW (JCGx)~~<br><br>**JUDGMENT ON STIPULATION FOR ENTRY OF JUDGMENT** |

In the above-entitled cause, Plaintiff Sun Life Assurance Company of Canada ("Sun Life") and Defendants James Jackson ("Jackson") and J. Mading Insurance and Financial Services, LLC ("J. Mading") (collectively, the "Defendants"), stipulated through their respective counsel that judgment may be entered herein as set forth below in accordance with a settlement reached between the parties.

///

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is hereby entered in favor of Sun Life Assurance Company of Canada, and against Defendants James Jackson and J. Mading, in the amount of $905,674.45 (less payments made, if any);

2. The Court further declares that this Judgment in favor of Sun Life Assurance Company of Canada, and against Defendants Jackson and J. Mading to be non-dischargeable in bankruptcy under 11 U.S.C. §§ 523(a)(2)(A), (4) and (6).

3. A certified copy of this judgment may be filed in the official records of the County Recorder in any county in the United States of America;

4. Each party is to bear its own costs; and

5. Interest shall accrue on this judgment at the California statutory interest rate from date of entry until full satisfaction.

DATED: April 12, 2011

_____
A. HOWARD MATZ
HON. ~~OTIS D. WRIGHT II~~
UNITED STATES DISTRICT JUDGE

JS-6